AO 442 (12/85) Warrant for Arrest

# United States District Court
## SOUTHERN DISTRICT OF TEXAS

**SEALED**

FBI # 11329844

UNITED STATES OF AMERICA

V.

ROEL VALADEZ

WARRANT FOR ARREST

CASE NUMBER: M-21-CR-1772-7

To: The United States Marshal
and any Authorized United States Officer

United States District Court
Southern District of Texas
FILED

SEP 15 2021

Nathan Ochsner, Clerk

YOU ARE HEREBY COMMANDED to arrest ROEL VALADEZ
                                             Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Pretrial Release Violation

charging him with (brief description of offense)

Ct. 1:    Conspiracy to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(l), and 841(b)(l)(A).

Ct.4:    Possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

DAVID J BRADLEY
Name of Issuing Office

*[signature]*

Signature of Issuing Officer

CLERK, U. S. DISTRICT COURT
Title of Issuing Officer

September 7, 2021 - McAllen, Texas
Date and Location

Bail fixed at $ NO BOND

by J. SCOTT HACKER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer



| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Rio Grande City, Texas |

| DATE RECEIVED 9/8/21 | NAME AND TITLE OF ARRESTING OFFICER SA Danielle Martin, DEA | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 9/15/21 | | |