# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 7:21−cr−01772

Ignacio Garza
Diego Reyes
Marcos Barrientos
Janella Chavarria
Roel Valadez
Roosevelt Vela
Abel Reyes
David Gomez
Isidoro Garza
Jose Ortiz
Hugo Canales
Jeronimo Morin
Noel Avila
Samuel Torres

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**
by video
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 9/16/2021

**TIME:** 09:01 AM

**TYPE OF PROCEEDING:** Initial Appearance

Date:   September 16, 2021

Nathan Ochsner, Clerk